IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Royston,<br><br>               Plaintiff,<br><br>     v.<br><br>Goldstein, Henderson & Weiss, Inc.,<br><br>               Defendant. | O R D E R<br><br>No. CIV-12-0140-PHX-SRB |

On April 24, 2012, this Court issued its order advising Plaintiff "that this action shall be dismissed without further notice after May 21, 2012, unless before then Plaintiff has served defendant with the summons and complaint and has filed with the clerk of court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve." As of the date of this order Plaintiff has not served the summons and complaint.

IT IS ORDERED dismissing this case.

DATED this 25th day of May, 2012.

_____
Susan R. Bolton
United States District Judge