David Chami (SBN 027585)
**PRICE LAW GROUP, APC**
5420 S. Lakeshore Dr., Suite 102
Tempe, AZ 85283
T: 800-884-6000
Fax: 866-612-5700
David@pricelawgroup.com

Attorneys for Plaintiff,
ROY ROYSTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ROY ROYSTON<br><br>  Plaintiff,<br><br>vs.<br><br>GOLDSTEIN, HENDERSON & WEISS, INC.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-00140-SRB<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff ROY ROYSTON hereby voluntarily dismisses his claims, without prejudice, against Defendants GOLDSTEIN, HENDERSON & WEISS, INC.; and DOES 1 to 10, inclusive.

1
2   DATED:
    March 18, 2013
3
4

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP APC**

By: /s/ David Ali Chami
David Ali Chami
Attorney for Plaintiff